NO. 89-52320-B

78,589-02

IN THE

COURT OF CRIMINAL APPEALS

AUSTIN, TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 16 2015

Abel Acosta, Clerk

---

ALBERT RAY MASON

V.

THE STATE OF TEXAS

MOTION DISMISSED
DATE: 4-20-15
BY: PC

---

From Appeal No. WR 78,589-02
Trial Ct. No. 89-52320-B

MOTION FOR REHEARING OF WRIT
OF HABEAS CORPUS 11.07 $ 4 WITH
ADDITIONAL STATEMENT OF FACTS

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

Comes now, Albert Ray Mason Petitioner, (who is illiterate and has a Mental health deficiency) seeking a rehearing; and files this MOTION FOR REHEARING OF WRIT OF HABEAS CORPUS in light of his Circumstances.

Petitioners timely request for rehearing is based upon the following facts:

1. Petitioner is illiterate and has no (true) knowledge of law.

2. Petitioner suffers from Mental illness that restrict his ability to perform legal work adequately.

3. Petitioner was denied his motion to file supplemental Statement of facts. due to the fact that his deficiencies caused this Motion to be filed untimely.

4. Petitioner is unable to hire Counsel and is being aided by "Jailhouse Lawyer" Erick Lawson, who is also a Taxman & legal Practicer.

WHEREFORE. Petitioner prays this court grant this MOTION FOR REHEARING OF WRIT WR-78,589-02. with his additional Supplemental Statement of facts. Allowing him to present credible evidence to further substantiate his claims as outlined within this writ no. WR-78,589-02, and, the Supplemental Statement of facts with exhibits filed on. 2-15-15

Alef Ryman
Petitioner. Pro Se
Texas Dept. Criminal Justice
Huntsville (walls) Unit
TDCJ-ID# 1713150

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing MOTION FOR REHEARING OF WRIT OF HABEAS CORPUS 11.07 §40 WITH ADDITIONAL STATEMENT OF FACTS, has been forwarded by mail to the Criminal Court of Appeals of Texas PO BOX 123 08, Capitol Station, Austin, Texas 78711.

_____
Petitioner Pro Se

I, Albert Ray Mason, TDCJ# _____ being presently incarcerated in the Huntsville Unit of the Texas Department of Criminal Justice in Jefferson County, Texas, verify and declare under penalty of perjury that the foregoing statements are true and correct. Executed on this the 18th day of March 2015

_____
1713130    TDCJ#_____